**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kenneth K. Henderson et al | CASE NUMBER |
| | SACV20-1630-RSWL(PVC) |
| v.                                     PLAINTIFF(S) | |
| | **NOTICE OF FILING OF COMPLAINT WITHOUT PREPAYMENT OF FILING FEES OR REQUEST TO PROCEED IN FORMA PAUPERIS** |
| Exxon-Mobil et al | |
| DEFENDANT(S) | |

Plaintiff has submitted a complaint for filing.  The filing fee has not been paid, nor has a Request to Proceed in Forma Pauperis been submitted.  The case has been forwarded to the assigned magistrate judge for review.

August 28, 2020                          By  C. Sawyer
—————————                          —————————————
Date                                          Deputy Clerk